IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5-20-CR-481-1FL

UNITED STATES OF AMERICA

v.

BRENT BREWBAKER,

    Defendant.

## ORDER

Upon consideration of the record proper, IT IS HEREBY ORDERED that Defendant's Motion to Sequester Witnesses is ALLOWED. All witnesses scheduled to testify at trial shall be sequestered from the courtroom and one another during the course of the trial.

This, the 20th day of January, 2022.

_____
Louise W. Flanagan
United States District Judge