IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-481-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| BRENT BREWBAKER | ) | ORDER |
| Defendant. | ) | |
| | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $210.15. The clerk is DIRECTED to pay The Chelsea the sum of 210.15.

SO ORDERED, this 1st day of February, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge