IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-481-1FL

FILED IN OPEN COURT
ON 9/8/2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) **ORDER TO SURRENDER**
)
BRENT BREWBAKER )

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now ORDERED:

The defendant, Brent Brewbaker, surrender to the U.S. Bureau of Prisons by reporting:

☐ to the U.S. Marshal's Office, Raleigh, NC, as directed.

☐ to the U.S. Marshal's Office, Raleigh, NC, by _____ a.m./p.m. on _____.

☐ to the designated institution before _____ a.m./p.m. on _____.

☒ when otherwise notified by the court or the U.S. Marshal's Service to report, but not sooner than **90 days**.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to the office in the manner and at such times as directed.

9/8/2022
DATE

LOUISE W. FLANAGAN
United States District Judge

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

DEFENDANT

WITNESSED BY:
DEFENDANT'S ATTORNEY